UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID HACKSHAW JR., and MANUEL CUEVAS, individually and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br> -*against*-<br><br>LINDA STRUMPF,<br><br>      Defendant. | Case No. 1:24-cv-8397 (ALC)<br><br>**[PROPOSED] JUDGMENT** |

   Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Linda Strumpf in the above-entitled action having offered on February 21, 2025 to take judgment against herself in favor of Plaintiff Manuel Cuevas in the amount of FIFTEEN THOUSAND DOLLARS AND NO CENTS ($15,000.00) plus reasonable attorneys' fees and taxable costs as determined by the Court, incurred up through the date of this offer, and the Plaintiff having accepted Defendant's offer of judgment on March 4, 2025, it is hereby ORDERED, ADJUDGED and DECREED that:

   Final judgment is entered in favor of Plaintiff Manuel Cuevas and against the Defendant, Linda Strumpf; and

   Defendant Linda Strumpf is to pay Plaintiff Manuel Cuevas the amount of FIFTEEN THOUSAND DOLLARS AND NO CENTS ($15,000.00), plus reasonable attorneys' fees and taxable costs as determined by the Court, incurred up through February 21, 2025.

                   _____
                   HON. ANDREW L. CARTER