MEMO ENDORSED



March 26, 2025

Hon. Andrew Carter
United States District Judge
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/26/2025

**Re:** *Hacksaw v. Strumpf*, **No. 24 Civ. 8397 (ALC)**

Dear Judge Carter:

  We write on behalf of Plaintiffs David Hackshaw, Jr. and Manuel Cuevas to request a one-month extension of the deadline to submit an application for attorneys' fees and costs pursuant to Fed R. Civ. P. 54(d), from April 1 to May 1, 2025.

  Last week, the Court entered Judgments pursuant to accepted Offers of Judgment under Fed. R. Civ. P. 68. ECF Nos. 14, 15. Those judgments included "reasonable attorneys' fees and taxable costs as determined by the Court, incurred up through the date of this offer." *Id.* Plaintiffs now seek a one-month extension to see whether it will be possible to resolve their claim for attorneys' fees and costs without motion practice.

  This is Plaintiffs' first request for an extension. Defendant consents to this request.

Respectfully submitted,

/s/ Jessica Ranucci
Jessica Ranucci
*Counsel for Plaintiff*

SO ORDERED:

[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 26, 2025
New York, NY